UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NoAm REINSURANCE COMPANY
LTD.,

    Plaintiff,

v.                                  CASE NO: 8:04-cv-2795-T-23MAP

AMERICAN NATIONAL INSURANCE
CO. et al,

    Defendants.
_____/

## **ORDER**

The parties stipulate (Doc. 17) to dismissal with prejudice.  Rule 41(a), Federal Rules of Civil Procedure.  Accordingly, the stipulation (Doc. 17) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs.  The Clerk is directed to terminate all pending motions and close the file.

ORDERED in Tampa, Florida, on July 27, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE